Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Allison Vana (Bar No. 228282)
avana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2475
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and
WHOLE FOODS MARKET LONG-TERM DISABILITY
PLAN

Teresa S. Renaker, Cal. Bar No. 187800
Margo Hasselman Greenough, Cal. Bar No. 228529
Kirsten G. Scott, Cal Bar. No. 253464
RENAKER HASSELMAN SCOTT LLP
235 Montgomery St., Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
kirsten@renakerhasselman.com

Attorneys for Plaintiff,
JULIO ESTEBAN TAICO SUAREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ESTEBAN TAICO SUAREZ, | Case No. 3:18-cv-06103-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS WHOLE FOODS MARKET LONG-TERM DISABILITY PLAN** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and WHOLE FOODS MARKET LONG-TERM DISABILITY PLAN, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff JULIO ESTEBAN TAICO SUAREZ ("Plaintiff") and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life"), by and through their respective counsel, as follows:

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

168618.1

1

Case No. 3:18-cv-06103-JST
STIP. AND PROP. ORDER TO DISMISS
WHOLE FOODS MARKET LTD PLAN

1. The Parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, *et seq*.

2. Plaintiff named the WHOLE FOODS MARKET LONG-TERM DISABILITY PLAN (the "Plan") as a defendant in this action.

3. The long-term disability benefits at issue in this case under the Plan are funded by a policy of long term disability insurance (the "Policy") issued by Unum Life to Whole Foods Market, Inc.

4. In consideration for this Stipulation, Unum Life acknowledges and agrees that it will be responsible for any judgment relating to the long-term disability benefits under the Plan, if any, and attorney fees and costs, if awarded, as they relate to Plaintiff based on the allegations made in the Complaint against Unum Life in the above-entitled action.

5. By entering into this stipulation, Unum Life is not waiving any affirmative defenses and/or grounds for motions under Rule 12 of the Federal Rules of Civil Procedure.

6. The Parties therefore stipulate and request that the Plan be dismissed without prejudice, with the Parties to bear their own attorney fees and costs pertaining to this Stipulation or the dismissal of the Plan prior to entry of judgment in this matter. In the event that judgment is entered in this case, Unum Life disputes that attorney fees and costs are recoverable related to dismissal of the Plan. Unum Life shall remain the only named defendant.

**IT IS SO STIPULATED.**

Dated: February 14, 2019
Teresa S. Renaker
Margo Hasselman Greenough
Kirsten G. Scott
RENAKER HASSELMAN SCOTT LLP

By: */s/ Kirsten G. Scott*
Kirsten G. Scott
Attorneys for Plaintiff
JULIO ESTEBAN TAICO SUAREZ

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

168618.1

2

Case No. 3:18-cv-06103-JST
STIP. AND ~~PROP.~~ ORDER TO DISMISS
WHOLE FOODS MARKET LTD PLAN

| | | |
|---|---|---|
| Dated: February 14, 2019 | | MESERVE, MUMPER & HUGHES LLP<br>Anna Maria Martin<br>Allison Vana |
| | By: | */s/ Anna Maria Martin*<br>Anna Maria Martin<br>Attorneys for Defendants<br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA and WHOLE FOODS<br>MARKET LONG-TERM DISABILITY<br>PLAN |

## **FILER'S ATTESTATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

168618.1

3

Case No. 3:18-cv-06103-JST
STIP. AND ~~PROP.~~ ORDER TO DISMISS
WHOLE FOODS MARKET LTD PLAN

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that Defendant WHOLE FOODS MARKET LONG-TERM DISABILITY PLAN (the "Plan") be dismissed from this action without prejudice, pursuant to the Parties' stipulation. Unum Life Insurance Company of America shall remain the only named defendant in this action.

**IT IS SO ORDERED.**

Dated: February 15, 2019

_____
Hon. Jon S. Tigar
United States District Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

168618.1

4

Case No. 3:18-cv-06103-JST
STIP. AND PROP. ORDER TO DISMISS
WHOLE FOODS MARKET LTD PLAN